UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 06-cv-01806-WYD

JOI L. CARRICA ROGERS,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,[1]

    Defendant.

_____

**ORDER**
_____

THIS MATTER is before the Court on the Commissioner's Unopposed Motion to Remand (filed April 13, 2007). The motion seeks to remand the case to the Social Security Administration pursuant to sentence four of 42 U.S.C. § 405(g).

I find that the motion should be granted so that the Social Security Administration can further evaluate the case. The motion asserts that the Appeals Council has reviewed Plaintiff's case and determined that a remand for further proceedings is appropriate. Specifically, it is noted that if the case is remanded, it will be assigned to an Administrative Law Judge who will be directed to give further consideration to the nonexamining medical source opinion, clarify the Plaintiff's residual functional capacity assessment ["RFC"], obtain supplemental vocational expert

---

[1] Michael J. Astrue, the current Commissioner of Social Security, has been substituted for former Commissioner Jo Anne B. Barnhart pursuant to FED. R CIV. P. 25(d)(1).

testimony regarding the availability of jobs, and resolve all inconsistencies.  The motion also states that Plaintiff does not oppose the motion.

Accordingly, it is

ORDERED that the Unopposed Motion to Remand is **GRANTED** pursuant to sentence four of 42 U.S.C. § 405(g).  The Clerk of Court is directed to remand this case to the Social Security Administration.

Dated:  April 25, 2007

BY THE COURT:

s/ Wiley Y. Daniel  
Wiley Y. Daniel  
U. S. District Judge