UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.: 06-cv-01806-WYD

JOI L. CARRICA-ROGERS,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

    Defendant.

## ORDER

THIS MATTER is before the Court on Plaintiff's Stipulated Motion For Attorney Fees Under EAJA filed on July 23, 2007. The Court, being fully advised in the premises,

ORDERS that the Stipulated Motion for Attorney Fees Under EAJA is **GRANTED**. In accordance therewith, it is

ORDERED that Defendant pay to Plaintiff attorney fees under the Equal Access to Justice Act ("EAJA") in the amount of $5,369.00. Such fees shall be paid to the Plaintiff, in care of the Plaintiff's attorney

Dated: July 25, 2007

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge